# Third District Court of Appeal

## State of Florida

Opinion filed October 6, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-303
Lower Tribunal Nos. 20-270 AP; 17-18213 SP

————————

**Express Damage Restoration, LLC a/a/o Marline McDonald**,
Appellant,

vs.

**Citizens Property Insurance Corporation**,
Appellee.

An Appeal from the County Court for Miami-Dade County, Ayana Harris, Judge.

The Diener Firm, P.A., and Erik D. Diener (Plantation), for appellant.

Traub Lieberman Straus & Shrewsberry LLP, and Scot E. Samis and C. Ryan Jones (St. Petersburg), for appellee.

Before LOGUE, LINDSEY and HENDON, JJ.

PER CURIAM.

Affirmed. <u>Express Damage Restoration, LLC v. Citizens Prop. Ins. Corp.</u>, 320 So. 3d 305, 309 (Fla. 3d DCA 2021) ("Reading the policy as a whole and giving the appraisal provision its plain meaning, we conclude that the appraisal provision is unambiguous and that the provision applies to the instant claim for water mitigation services.").